**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2190**

───────────

CLAUDIA M. ANTHONY,

                                       Plaintiff - Appellant,

        versus

DOMINO'S PIZZA, INCORPORATED,

                                       Defendant - Appellee,

        and

CHRISTOPHER BURSHAW, in his individual and
official capacity,

                                       Defendant.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, District
Judge. (CA-98-146-7-F)

───────────

Submitted: May 31, 2000             Decided: June 15, 2000

───────────

Before MURNAGHAN and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ernest J. Wright, Jacksonville, North Carolina, for Appellant. C.
Matthew Keen, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claudia M. Anthony appeals the district court's order dismissing her action alleging employment discrimination in violation of Title VII. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the order of the district court. See Gillins v. Berkeley Elec. Coop., 148 F.3d 413, 416-17 (4th Cir. 1998) (holding that plaintiff must do more than merely cast doubt on the veracity of the employer's justification for its employment action; rather, to survive summary judgment, the plaintiff must have developed some evidence on which a jury could reasonably base a finding that discrimination motivated the challenged employment action). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED